**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00272-REB-KMT

ADDISON INSURANCE COMPANY, an Iowa insurance corporation,

     Plaintiff,
v.

PAT SIMPSON,
JULIE SIMPSON,
LAZY DOG PROPERTIES, LLC, and
KENNEDY CONSTRUCTION, LTD.,

     Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION
TO BE EXCUSED FROM PARTICIPATION**

---

**Blackburn, J.**

This matter is before me on defendant Kennedy Construction, Ltd.'s **Disclaimer and Unopposed Motion for Excusal From Participation** [#9][1] filed April 26, 2011. The motion is unopposed and is granted.

In its motion, Kennedy states that this case concerns a dispute regarding the coverage obligations of the plaintiff insurance company, Addison Insurance Company. Addison seeks a declaration that it has no further defense obligation to Kennedy and owes no indemnity obligation for any damages awarded or to be awarded by the arbiter. *Complaint*, ¶ 37.  Kennedy states in its present motion that it takes no legal position on the claims and allegations asserted in this action, that it "agrees to abide by any disposition of [this] action, and hereby waives its right to appeal any judgment entered in

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[this] action.  *Motion* [#9], ¶¶ 3, 4.  On this basis, Kennedy seeks to be excused from further participation in this case.

I find that Kennedy Construction, Ltd. executed the waiver of rights included in its present motion with the advice of counsel.  I find also that Kennedy Construction, Ltd.'s waiver of its right to participate in this litigation, including its right to appeal any judgment in this action, is knowing, voluntary, intelligent, and intentional.  Based on this waiver, I grant Kennedy's motion.

**THEREFORE, IT IS ORDERED** as follows:

1.  That defendant Kennedy Construction, Ltd.'s **Disclaimer and Unopposed Motion for Excusal From Participation** [#9] filed April 26, 2011, is **GRANTED**;

2.  That defendant, Kennedy Construction, Ltd., is **EXCUSED** from further participation in this case; and

3.  That defendant, Kennedy Construction, Ltd., **SHALL BE BOUND** by any and all orders and judgments in this case as if it had participated fully in defending this case; and

4.  That Kennedy Construction, Ltd., validly **HAS WAIVED** is right to appeal any judgment entered in this case.

Dated June 7, 2011, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   */s/ Bob Blackburn*
                                                   Robert E. Blackburn
                                                   United States District Judge