**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00272-REB-KMT

ADDISON INSURANCE COMPANY, an Iowa insurance corporation,

    Plaintiff,

v.

PAT SIMPSON,
JULIE SIMPSON,
LAZY DOG PROPERTIES, LLC, and
KENNEDY CONSTRUCTION, LTD.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#20][1] filed December 9, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#20] filed December 9, 2011, is **APPROVED**;

    2.  That the Trial Preparation Conference set for March 9, 2012, is **VACATED**;

    3.  That the jury trial set to commence March 26, 2012, is **VACATED**; and

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated December 12, 2011, at Denver, Colorado.

                                         **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge